```
SHEILA ANN QUALLS              LVNV FUNDING
840 WILLIS ST                  ATTN: BANKRUPTCY
FOREST, MS 39074               PO BOX 10497
                               GREENVILLE, SC 29603


THOMAS C. ROLLINS, JR.         PORTFOLIO RECOVERY
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY
P.O. BOX 13767                 120 CORPORATE BLVD
JACKSON, MS 39236              NORFOLK, VA 23502


1ST FRANKLIN                   QUICK CASH
337 W THIRD STREET             240 HWY 35
FOREST, MS 39074               FOREST, MS 39074


AMERICAN CASH                  REPUBLIC FINANCE
4881 HWY 80                    ATTN: BANKRUPTCY DEPT
MORTON, MS 39117               7031 COMMERCE CIR
                               BATON ROUGH, LA 70809


B&B2 AUTO SALES                RONS CASH ADVANCE
1103 E 3RD ST                  PO BOX 742
FOREST, MS 39074               MORTON, MS 39117


BOX DROP                       U.S. BANKCORP
339 W 3RD ST                   ATTN: BANKRUPTCY
FOREST, MS 39074               800 NICOLLET MALL
                               MINNEAPOLIS, MN 55402


COMMUNITY BANK                 UNITED CREDIT
ATTN: BANKRUPTCY               234-A N WOODLAND DR
1905 COMMUNITY BANK            FOREST, MS 39074
FLOWOOD, MS 39232


FAMILY CHOICE                  WALNUT GROVE FINANCE
828 N WOODLAND DR              P.O. BOX 96
FOREST, MS 39074               WALNUT GROVE, MS 39189



GOODLEAP LLC.
ATTN: BANKRUPTCY
8781 SIERRA COLLEGE
ROSEVILLE, CA 95661
```