United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01891-JAW
Sheila Ann Qualls Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Sep 23, 2025      Form ID: n031      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila Ann Qualls, 840 Willis St, Forest, MS 39074-3684 |
| cr | + | Family Choice Financial Inc. - Forest Branch, c/o B. Joey Hood, II, Attorney at Law, P.O. Box 759, Ackerman, MS 39735-0759 |
| 5542170 | + | American Cash, 4881 Hwy 80, Morton, MS 39117-3516 |
| 5542171 | + | B&B2 Auto Sales, 1103 E 3rd St, Forest, MS 39074-4324 |
| 5544792 | + | B. Joey Hood, II, B. Joey Hood II, Attorney at Law, PLLC, For Family Choice Financial Inc. Forest, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5542172 | + | Box Drop, 339 W 3rd St, Forest, MS 39074-4107 |
| 5542174 | + | Family Choice Financial, Inc.-Forest Branch, 828 Woodland Dr North, Forest, MS 39074-3557 |
| 5542178 | | Quick Cash, 240 Hwy 35, Forest, MS 39074 |
| 5542180 | + | Rons Cash Advance, PO Box 742, Morton, MS 39117-0742 |
| 5542183 | + | Walnut Grove Finance, LLC, 109 Chadwick Avenue, Walnut Grove, MS 39189-6547 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5542169 | + | Email/Text: bankruptcy@1ffc.com | Sep 23 2025 19:30:00 | 1st Franklin, 337 W Third Street, Forest, MS 39074-4107 |
| 5543375 | + | Email/Text: bankruptcy@1ffc.com | Sep 23 2025 19:30:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5542173 | + | Email/Text: jill.johnson@communitybank.net | Sep 23 2025 19:30:00 | Community Bank, Attn: Bankruptcy, 1905 Community Bank, Flowood, MS 39232-1220 |
| 5542175 | + | Email/Text: accountresearch@goodleap.com | Sep 23 2025 19:30:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College, Roseville, CA 95661-5920 |
| 5543500 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 19:39:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5542176 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 19:39:34 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5542177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2025 19:39:31 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5542179 | | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, Attn: Bankruptcy Dept, 7031 Commerce Cir, Baton Rough, LA 70809 |
| 5548717 | | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5542181 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 23 2025 19:30:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5542777 | + | Email/Text: forest@fmcfinance.net | Sep 23 2025 19:30:00 | UNITED CREDIT OF FOREST, 234-A N WOODLAND DRIVE, FOREST, MS 39074-3308 |
| 5542182 | + | Email/Text: lhall@fmcfinance.net | Sep 23 2025 19:30:00 | United Credit, 234-A N Woodland Dr, Forest, MS 39074-3308 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: n031 | Total Noticed: 22 |
| TOTAL: 12 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2025              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Forest Branch cynthiah@jhoodlaw.com notices@jhoodlaw.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sheila Ann Qualls trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01891−JAW
**Chapter:** 13

**In re:**

Sheila Ann Qualls
aka Sheila A Qualls
840 Willis St
Forest, MS 39074

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 09/23/2025 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 23, 2025                    Danny L. Miller, Clerk of Court