0044-2M-EPIDXX-00280976-159022

# United States Bankruptcy Court
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | SHEILA ANN QUALLS<br>840 WILLIS ST<br>FOREST, MS 39074 | DATE<br>11/25/2025 | CASE No. 25-01891-JAW |
|---|---|---|---|

### MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor.

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| B & B2 AUTO SALES / 1103 E THIRD ST.<br>FOREST, MS 39074 | 10-1<br><br>10.0000% | Secured<br>PAY 100.0000%<br>From:09/01/2025 | 3,895.00 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/ Harold J. Barkley,Jr.

Harold J. Barkley,Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, MS 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com

THOMAS C. ROLLINS, JR
THE ROLLINS LAW FIRM PLLC
P O BOX 13767
JACKSON, MS 39236

trollins@therollinsfirm.com