B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re _SHEILA ANN QUALLS_____ ,                    Case No. _3-25-BK-01891_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_LVNV Funding LLC_____                    1ST FRANKLIN FINANCIAL CORPORATION
Name of Transferee                                                      Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____2_____
should be sent: LVNV Funding LLC                              Amount of Claim: _____570.91_____
       PO Box 10587                                       Date Claim Filed: _____8/7/2025_____
       Greenville SC 29603-0587

Phone: __(877) 264-5884_____          Phone: _____
Last Four Digits of Acct #: _____2850_____          Last Four Digits of Acct. #: ____2850___

Name and Address where transferee payments
should be sent (if different from above):
       Resurgent Capital Services
       PO Box 10587
       Greenville, SC  29603-0587
Phone: __(877) 264-5884_____
Last Four Digits of Acct #:_____2850_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Helga Ridgeway_____          Date:_1/9/2026_____
      Transferee/Transferee's Agent
    (877) 264-5884

    AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.