United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-01891-JAW
Sheila Ann Qualls                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                           Page 1 of 2
Date Rcvd: Jan 15, 2026                 Form ID: n001                       Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sheila Ann Qualls, 840 Willis St, Forest, MS 39074-3684 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5543375 | + Email/Text: bankruptcy@1ffc.com | Jan 15 2026 19:19:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5611341 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 19:31:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Forest Branch cynthiah@jhoodlaw.com notices@jhoodlaw.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | |

District/off: 0538-3          User: mssbad                           Page 2 of 2
Date Rcvd: Jan 15, 2026       Form ID: n001                         Total Noticed: 3

on behalf of Debtor Sheila Ann Qualls trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Sheila Ann Qualls

**Case No.:** 25−01891−JAW

**Chapter** 13

**To:** Assignee/Transferee

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603−0587

**To:** Assignor/Transferor

1st Franklin Financial Corporation
Attn: Admin Services
P O Box 880
Toccoa, GA 30577

## Notice of Assignment/Transfer of Claim

    **Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that 1st Franklin Financial Corporation has assigned/transferred its claim in the amount of $570.91 to LVNV Funding LLC.

    **Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **February 5, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

    **Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: January 15, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600